In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., et al., Respondents. STATE INDUSTRIAL BOARD, Respondent. Motion for leave to appeal to the Court of Appeals denied. All concur. [See 260 App. Div. 819; 261 App. Div. 1018.]

In the Matter of the Claim of ARCHIBALD DEWHURST, Respondent, against ABRAHAM SIMON, Respondent, and FLUSHING CRESTWOOD, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 793.]

ISADORA S. MOUFANG et al., Respondents, v. STATE OF NEW YORK, Appellant. — Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: " Does the proposed claim of the respondents state facts sufficient to constitute a cause of action? " All concur. [See ante, p. 196.]

In the Matter of the Claim of GEORGE KNOOB, Respondent, against LEON NEON SERVICE CORP. et al., Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 798.]

In the Matter of the Claim of WALTER A. MAROWSKI, Respondent, against SOCONY-VACUUM OIL Co., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 798.]

In the Matter of the Claim of EWALD SCHMIDT, Respondent, against WOLF CONTRACTING Co., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 201.]

In the Matter of the Claim of ALBERT VAN GORDER, Respondent, against BINGHAMTON STATE HOSPITAL et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 798.]